Tyler J. Woods, Bar No. 232464
twoods@trialnewport.com
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

*Attorneys for Plaintiff ECLIPSE IP LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>PC CONNECTION, INC.,<br><br>    Defendant. | Case No. 8:13-cv-01856-GAF-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint Served: December 9, 2013 |

NEWPORT TRIAL GROUP

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1  Plaintiff Eclipse IP LLC hereby files this voluntary Notice of Dismissal pursuant
2  to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may
3  be dismissed by the plaintiff without order of court by filing a notice of dismissal at any
4  time before service by the adverse party of an answer. Defendant PC Connection, Inc.
5  has not yet answered the Complaint. Accordingly, Eclipse IP LLC voluntarily dismisses
6  this action with prejudice pursuant to Rule 41(a)(1).

Dated:  January 17, 2014

NEWPORT TRIAL GROUP

By: */s/Tyler J. Woods*
    Tyler J. Woods
    Attorney for Plaintiff
    ECLIPSE IP LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the CMIECF system, which shall send notification of such filing to all attorneys of record who have consented to service via CM/ECF.

*/s/Tyler J. Woods*
Tyler J. Woods